

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

LARRY LONG

v.

COMMISSIONER OF
SOCIAL SECURITY,

CASE NUMBER:   1:04-1172-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/28/2005, the Commissioner's decision is AFFIRMED, and this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

5/3/05                          BY:  C. Hand
_____                       _____
DATE                                 DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5/5/05.

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01172 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Honorable James Todd
US DISTRICT COURT